**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1248**

———————

JERRY J. MATHIS, Individually and as a representative of the
Organization, "Citizens for Change",

              Plaintiff - Appellant,

      v.

C. ANTHONY MUSE, Individually and in his official capacity as
State Senator,

              Defendant – Appellee,

      and

LARNZELL MARTIN, JR., Judge, Individually and in his official
capacity as Justice of the Circuit Court of Prince George's
County; JOHN P. MCDONOUGH, Individually and in his official
capacity as Secretary of State of the State of Maryland;
KATHLEEN E. WHERTHEY, Individually and in her official
capacity as Assistant Attorney General of the State of
Maryland; DOUGLAS F. GANSLER, Individually and in his official
capacity as Attorney General of the State of Maryland; L.
BERRYMAN, Deputy, Prince George's County Sheriff's Dept.,
Individually and in her official capacity as Sheriff Deputies
for Prince George's County, Md.; JARED DEMARINIS, Individually
and in his official capacity as Director for the Maryland
Board of Elections,

              Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, Senior District Judge.
(8:13-cv-02597-JFM)

———————

Submitted:  November 29, 2016          Decided:  December 15, 2016

Before NIEMEYER, DUNCAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerry J. Mathis, Appellant Pro Se. Jennifer L. Katz, Assistant Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry J. Mathis appeals the district court's order granting summary judgment to Defendant, Senator C. Anthony Muse, on Mathis' 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. <u>Mathis v. Muse</u>, No. 8:13-cv-02597-JFM (D. Md. filed Feb. 25, 2016 & entered Feb. 26, 2016). We also grant Senator Muse's motion to strike the exhibits attached to Mathis' reply brief and deny Mathis' motion to supplement the record with those exhibits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>